IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHANNING WILSON GREEN, | ) | 1:08cv1673 DLB PC |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF THE |
| | ) | COURT TO REDESIGNATE CASE |
| | ) | TO REFLECT THAT IT IS A |
| Plaintiff, | ) | REGULAR CIVIL ACTION |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| TIMOTHY W. SALTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On November 3, 2008, Plaintiff filed the present action. Upon receipt of the

complaint and its accompanying documents, the Clerk of the Court incorrectly designated the

action as one involving the conditions of confinement. Upon further review of the Court, it

has been determined that the present action does not involve conditions of confinement.

Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case

to reflect that it is a regular civil action.

No scheduling conference should be set at this time.

IT IS SO ORDERED.

Dated:    **December 9, 2008**    _____/s/ **Dennis L. Beck**_____
                                                   UNITED STATES MAGISTRATE JUDGE

1