# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHANNING WILSON GREEN, | ) | 1:08cv01673 LJO DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) ) | (Document 10) |
| TIMOTHY W. SALTER, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, appearing pro se, filed the instant action on November 3, 2008.

On February 9, 2009, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED WITHOUT LEAVE TO AMEND. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Plaintiff did not file objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated February 9, 2009, is ADOPTED IN FULL; and

1       2.      The action is DISMISSED.

          This terminates this action in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:**   **March 23, 2009**                          /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE